### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>) CRIMINAL NO. 2007-38<br>v. )<br>)<br>REMY WELLS )<br>)<br>Defendant. )<br>_____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the government's Motion to Continue sentencing of Defendant Remy Wells. Sentencing is scheduled to take place on August 21, 2008. After careful consideration and being duly advised in the premises, it is hereby

**ORDERED** that the government's Motion to Continue sentencing of Defendant Remy Wells is **GRANTED**. It is further

**ORDERED** that the sentencing of Defendant Remy Wells will take place on September 19, 2008 at 10:30 a.m.

ENTERED this 20th day of August, 2008.

                                                         /s/
                                     **HONORABLE RAYMOND L. FINCH**
                                     **U.S. DISTRICT JUDGE**

.

Case: 1:07-cr-00038-RLF Document #: 64 Filed: 08/20/08 Page 2 of 2